**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**

**Kimberly L. Turner**                                                                                               **Plaintiff**

**v.**                              **CASE NO. 4:13CV00504 JTK**

**Carolyn W. Colvin, Acting Commissioner,**
**Social Security Administration**                                                                         **Defendant**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of the Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 3rd day of September, 2014.

_____
UNITED STATES MAGISTRATE JUDGE